UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
==============================X
                                                )
HECTOR CARDONA,                                 )
                        Plaintiff,              )
                                                )   Case No.: 15-CV-00657
        -       against         -               )
                                                )
HECTOR JOEL CARDONA                             )
                                                )
                        Defendant.              )
                                                )
============================== X

## STIPULATION OF DISCONTINUANCE OF ACTION

IT IS STIPULATED AND AGREED by and between the attorneys for the Plaintiff and the Defendant that the above-captioned adversary proceeding is hereby discontinued with prejudice without costs to either party as against the other.

Consented to:

_s/Norma E. Ortiz_
Norma E. Ortiz, Esq.
Ortiz & Ortiz, LLP
32-72 Steinway Street
Astoria, New York 11103
_Attorneys for the Plaintiff_

Dated: April 22, 2015

_/s/ Hector Cardona_
Hector Cardona, Jr.
91 Boerum Place, Apt. 7
Brooklyn, NY 11206.
Defendant Pro Se

Dated: April 22, 2015


Dated:

SO ORDERED.

_____